# ELECTRONIC RECORD

1213-14
1214-14

COA # 14-12-01097-CR

OFFENSE: Aggravated Robbery

STYLE: Adedji Alalincoln Adekeye v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 337th District Court

DATE: June 12, 2014   Publish: Yes

TC CASE #:1349025

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Adedji Alalincoln Adekeye v The State of Texas

CCA # _____

PRO SE _____ Petition

CCA Disposition: 1213-14; 1214-14

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

refused

JUDGE: _____

DATE: March 18, 2015

SIGNED: _____        PC: _____

JUDGE: PC

PUBLISH: _____        DNP: _____

-----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD